

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00100-CR

| | | |
|---|---|---|
| EX PARTE DIMONIQUE DWAYNE MCKINNEY | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CR2020-1047) |
| | § | October 21, 2021 |
| | § | Memorandum Opinion by Justice Wallach |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach